IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# PLEA MINUTES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | AMENDED: COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | ) | BEFORE: Nancy E. Brasel |
| | ) | U.S. District Judge |
| v. | ) | |
| | ) Case No: | 21-cr-106 (2) (NEB/DTS) |
| STEPHEN OSEGHALE, | ) Date: | November 3, 2021 |
| | ) Court Reporter: | Erin Drost |
| | ) Courthouse: | NA |
| Defendant. | ) Courtroom: | Video Conference |
| | ) Time Commenced: | 11:30 a.m. |
| | ) Time Concluded: | 12:00 p.m |
| | Time in Court: | 30 minutes |

APPEARANCES:
  Plaintiff:    Miranda Dugi, Assistant US Attorney
  Defendant:  John Conrad, CJA Appointed Attorney

PROCEEDINGS:
Defendant agreed to proceed by video conference [56]. The hearing was conducted by video conference via Zoom. The reason for the hearing being conducted by video conference was stated on the record.

CHANGE OF PLEA HEARING:.
   PLEA:
   ☒ Guilty as to Counts 1 and 13 of the Indictment.
   ☒ Presentence Investigation and Report requested.
   ☒ Defendant remains in the custody of the USM.

Date: November 3, 2021                                                                        s/KW
                                                      Signature of Courtroom Deputy to Judge Nancy E. Brasel