# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
### SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| v. | ) | Case No:  21-cr-106 (2) (NEB/DTS) |
| | ) | Date:  August 9, 2022 |
| STEPHEN OSEGHALE, | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  13W |
| | ) | Court Reporter:  Renee Rogge |
| | ) | Time Commenced:  10:20 a.m. |
| | ) | Time Concluded:  11:00 a.m. |
| | ) | Time in Court:  40 minutes |
| Defendant. | ) | |

Before Nancy E. Brasel, United States District Judge.
APPEARANCES:

    For Plaintiff:    Kimberly Svendsen, Assistant U.S. Attorney
    For Defendant:    John Conrad, CJA Appointed Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Verdict | BOP | SR |
|---|---|---|---|
| 1 | X | 56 months to be served consecutively to Count 13 | 3 years to be served concurrently to Count 13 |
| 13 | X | 24 months to be served consecutively to Count 1 | 1 year to be served concurrently to Count 1 |

☒ Special conditions of: **See J&C for special condition.**
☒ Restitution in the amount of $453,889.27 is due immediately.
☒ Special assessment in the amount of $200.00 due immediately.
☒ Counts 4-16 and 12 are dismissed on motion by the Government.
☒ The sealed filings (ECF No. 107) (ECF 108) and restricted filings (ECF 109) (ECF No. 110) shall remain sealed and restricted for 50 years until 8/9/72.
☒ Defendant is remanded to the custody of the USM.

Date: August  9, 2022                 s/KW
                                                                            Courtroom Deputy to Judge Nancy E. Brasel